# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT FOR SMALL BUSINESS DEBTORS*

IN RE:    PIEDMONT SALES SERVICE & TRANSPORT, LLC

CASE NO: 18-50160

Reporting Period: July 2018

FROM: July 1, 2018

TO: July 31, 2018

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of 19 pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: 8-27-18    _____
                  Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of 19 pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: 27 August /18    Bob Caney
                        Attorney for Debtor

NARRATIVE ON PROGRESS OF CASE: (Include information detailing the Debtor's progress in formulating a Disclosure Statement and Plan and in confirmation including any special circumstances or difficulties.)

Engaged in negotiations with BMO for sale or return of trucks & trailers.

Obtained agreement from secured parties for Fifth Interim Order to use cash collateral.

Drafted Disclosure Statement and Reorganization Plan.

Gathered information for approval Application for accountant's professional fees.

*Completion of this form incorporates and satisfies the requirements of Official Form B25C.

**QUESTIONNAIRE:** (All questions to be answered on behalf of the debtor.)

|     |                                                                                                                      | Yes | No  |
| --- | -------------------------------------------------------------------------------------------------------------------- | --- | --- |
| 1.) | Is the business still operating?                                                                                     | [✓] | [ ] |
| 2.) | Has the Debtor paid all its bills on time this month?                                                                | [✓] | [ ] |
| 3.) | Did the Debtor pay its employees on time?                                                                            | [✓] | [ ] |
| 4.) | Has the Debtor deposited all the receipts for its business into the DIP account this month?                          | [✓] | [ ] |
| 5.) | Has the Debtor filed all of its tax returns and paid all of its taxes this month?                                    | [✓] | [ ] |
| 6.) | Has the Debtor timely filed all other required government filings?                                                   | [✓] | [ ] |
| 7.) | Has the Debtor paid all of its insurance premiums this month?                                                        | [✓] | [ ] |
| 8.) | Does the Debtor plan to continue to operate the business next month?                                                 | [✓] | [ ] |
| 9.) | Is the Debtor current on its quarterly fee payment to the Clerk of Bankruptcy Court?                                 | [✓] | [ ] |
| 10.) | Has the Debtor paid anything to its attorney or other professionals this month?                                     | [✓] | [ ] |
| 11.) | Did the Debtor have any unusual or significant unanticipated expenses this month?                                   | [✓] | [ ] |
| 12.) | Has the business sold any goods or provided services or transferred any assets to any business related to the DIP in any way? | [ ] | [✓] |
| 13.) | Does the Debtor have any bank accounts open other than the DIP account(s)?                                          | [ ] | [✓] |
| 14.) | Has the Debtor sold any assets other than inventory this month?                                                     | [ ] | [✓] |
| 15.) | Did any insurance company cancel the Debtor's policy this month?                                                    | [ ] | [✓] |
| 16.) | Has the Debtor borrowed money from anyone this month?                                                               | [ ] | [✓] |
| 17.) | Has anyone made an investment in the Debtor's business this month?                                                  | [ ] | [✓] |
| 18.) | Has the Debtor paid any bills the Debtor owed before the Debtor filed bankruptcy?                                   | [✓] | [ ] |

## CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION**

DATE: 7-1-18     AMOUNT: $ 43,497.97

| CASH RECEIPTS Description | AMOUNT | CASH DISBURSEMENTS Description | AMOUNT |
|---|---|---|---|
| | | Inventory Purchased | |
| Income | 38,590.14 | Salaries/Wages | 21,177.22 |
| | | Taxes (Total) | |
| | | Insurance (Total) | 4,451.40 |
| | | Unsecured Loan Payments | |
| | | Secured Loan Payments | 2,500.00 |
| | | Utilities (Total) | |
| | | Rent and/or Mortgage | |
| | | Professional Fees | |
| | | Maintenance/Repair | 5,833.13 |
| | | **OTHER DISBURSEMENTS (List)** | |
| | | Bank Fees | 35.50 |
| | | Tag Fees | 1,763.79 |
| | | Bankruptcy Quarterly Fee | 650.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CASH RECEIPTS | | TOTAL DISBURSEMENTS | 36,411.04 |

**ENDING CASH POSITION**

DATE: 7-31-18     AMOUNT: $ 45,677.07

## PAYMENTS TO SECURED CREDITORS

___ No Secured Debt

___ No Secured Debt Payments Made During Reporting Period

✓ All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
| Hitachi Capital America | trailers | 6-19-18 | $500.00 |
| BMO Harris Bank | trailers | 7-24-18 | $2,000.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT | $2,500.00 |

## PAYMENTS ON PRE-PETITION DEBT

✓ No payments have been made on pre-petition unsecured debt during the reporting period.

___ All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT | $ |

# SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|---|---|---|
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |

## Non-Insider Employees
Type (i.e., Salaried, Wage)

| Type | AMOUNT PAID |
|---|---|
| Wages | $20,169.66 |
|  | $ |
|  | $ |
|  | $ |

## Commission/Bonus Payments:

| | AMOUNT |
|---|---|
|  | $ |
|  | $ |
|  | $ |
|  | $ |

## Independent Contractors:

| NAME | TYPE | AMOUNT PAID |
|---|---|---|
| Bill E. Brown Trucking | Driver | $1,007.56 |
|  |  | $ |
|  |  | $ |
|  |  | $ |

Total Salary/Wage/Commission/ Payments      $21,177.22

* "Insider" is defined in 11 U.S.C. Sec101(31)

## SALES/ACCOUNTS RECEIVABLE

I.  Accounts Receivable Pending As of: __July 31, 2018__
    (Date of Reporting Period)

II. Sales (gross) During Reporting Period: $ __0__

III. Collections of Accounts Receivable During Reporting Period: $ __0__

IV. New Accounts Receivables Generated During Reporting Period: $ __0__

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $ | $ | $ |
| 31-60 DAYS | $ | $ | $ |
| 61-90 DAYS | $ | $ | $ |
| 91-120 DAYS | $ | $ | $ |
| 120 DAYS AND OVER | $ 113,000.00 | $ unknown | $ |
| TOTAL | $ 113,000.00 | $ | $ |

## INVENTORY (Cost Basis)

Beginning Date: _____     Ending Date: _____

**LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:**

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
| TOTALS | $ | $ | $ | $ | $ |

* Exclude capital items such as machinery and equipment and consumable items such as fuel and general supplies

# ACCRUED POST-PETITION LIABILITIES

☑ No accrued liabilities existed at the end of this reporting period.

___ All accrued liabilities existing at the end of this reporting period are listed below or on the sheet(s) attached. Exclude current liabilities which are NOT past due.

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
| | | |

Total Accrued Liabilities $ _____

## PROJECTIONS

Compare the Debtor's actual income and expenses to the most recent projections.

Date of projections: _____

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | 91,411.00 | 38,590.14 | 52,820.86 |
| EXPENSES | 80,568.72 | 36,411.04 | 44,137.68 |
| CASH PROFIT | 10,842.00 | 2,179.10 | ~~10,769,662~~.90 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 104,000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 83,692.54

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 20,307.46

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

Professional Fees Relating to the Bankruptcy Case Paid <u>During This Reporting Period</u>? $ 0

<u>Total</u> Professional Fees Relating to the Bankruptcy Case Paid Since the Filing of the Case? $ 0

*NON-BANKRUPTCY RELATED*

Professional Fees Relating to the Bankruptcy Case Paid <u>During This Reporting Period</u>? $ 0

<u>Total</u> Professional Fees Relating to the Bankruptcy Case Paid Since the Filing of the Case? $ 0

# BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BE ATTACHED
> FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE
> AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.
> ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

Name of Bank: **BB+T**

Address: **1913 West Front Street**
Street and/or P. O. Box Number

**Statesville**   **NC**   **28677-3646**
City                State       Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): **Operating**

Account Number (Last 4 digits only): **8666**
Only the last 4 digits of the account number should appear on the attached bank statements.

DATE PERIOD BEGINS: **July 1, 2018**

Ending Balance (per the attached bank statement for this period)    $ **45,627.07**

Outstanding Deposits and Other Credits Not On Statement    $ **0**

Outstanding Checks and Other Debits Not On Statement    $ **0**

Ending Reconciled Balance*    $ **45,627.07**

DATE PERIOD ENDS: **July 31, 2018**

Highest Daily Balance
During Above Period    $ _____

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

# BANK ACCOUNTS

---

ALL BANK STATEMENTS MUST BE ATTACHED

FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE

AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.

ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

---

Name of Bank: **BB+T**

Address: **1913 West Front Street**
Street and/or P. O. Box Number

**Statesville**   **NC**   **28677-3646**
City   State   Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): **Tax**

Account Number (Last 4 digits only): **8720**
Only the last 4 digits of the account number should appear on the attached bank statements.

DATE PERIOD BEGINS: **July 1, 2018**

Ending Balance (per the attached
bank statement for this period)         $ **50.00**

Outstanding Deposits and Other
Credits Not On Statement                $ **0**

Outstanding Checks and Other
Debits Not On Statement                 $ **0**

Ending Reconciled Balance*              $ **50.00**

DATE PERIOD ENDS: **July 31, 2018**

Highest Daily Balance
During Above Period                     $ **50.00**

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

# AFFIRMATIONS

1. Yes ✓ No ___ All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2. Yes ✓ No ___ All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.

3. Yes ✓ No ___ All tax returns have been filed timely and payments made. Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4. Yes ✓ No* ___ All post-petition taxes have been paid or deposited into a designated tax account.

5. Yes ✓ No ___ New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6. Yes ✓ No ___ New DIP financial books and records have been opened and are being maintained monthly and are current.

\* If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet. The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.



Page 1 of 4    07/31/18
NC



571-01-01-00 15201 5 C 001 26 S 66 002
PIEDMONT SALES SERVICE & TRANSPORT LLC
DIP OPERATIONS
PO BOX 7038
STATESVILLE NC  28687-7038

# Your consolidated statement
For 07/31/2018

## Contact us
 BBT.com
 (800) BANK-BBT or (800) 226-5228

Your account security is our top priority. That's why BB&T will soon be providing interactive alerts on Business Debit Card transactions. If BB&T suspects fraud, primary account owners who have provided contact information will be automatically contacted through a text, email, Small Business Online banking, U by BB&T or phone. Account owners will be able to respond immediately to secure all cards on the account including those that employees use. Interactive alerts will be automatically included with your BB&T Business Debit Cards.

BB&T. Member FDIC.

## Summary of your accounts

| ACCOUNT NAME | ACCOUNT NUMBER | BALANCE($) | DETAILS ON |
|---|---|---|---|
| BUSINESS VALUE 200 | ████666 | 45,627.07 | page 1 |
| BUSINESS VALUE 200 | ████720 | 50.00 | page 2 |
| Total checking and money market savings accounts | | $45,677.07 | |

 Checking and money market savings accounts

■ BUSINESS VALUE 200 ████666

### Account summary

| | |
|---|---|
| Your previous balance as of 06/29/2018 | $43,447.97 |
| Checks | − 5,921.35 |
| Other withdrawals, debits and service charges | − 30,489.69 |
| Deposits, credits and interest | + 38,590.14 |
| Your new balance as of 07/31/2018 | = $45,627.07 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 07/13 | 5434 | 650.00 | 07/02 | *5437 | 500.00 | 07/30 | *5442 | 2,000.00 |
| 07/26 | 5435 | 1,007.56 | 07/19 | *5439 | 1,763.79 | | | |

* indicates a skip in sequential check numbers above this item

Total checks    = $5,921.35

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/02 | BUS ONLINE ACH SETTLEMENT | 4,060.10 |
| 07/02 | MANAGE USERS & ACH/WIRE FEE Manage Users & Wire/ACH Fee 7265 | 17.00 |
| 07/03 | BUS ONLINE ACH FEE Direct Deposit 72614 | 4.00 |
| 07/06 | DEBIT CARD PURCHASE CRTS STATESVILLE 07-05 STATESVILLE NC 8270 | 1,148.05 |

*continued*

■ BUSINESS VALUE 2008666 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/10 | DEBIT CARD PURCHASE CAROLINA CAT TRK E 07-09 704-596-6700  NC 8270 | 435.08 |
| 07/10 | BUS ONLINE ACH SETTLEMENT | 2,364.29 |
| 07/11 | BUS ONLINE ACH FEE Direct Deposit 72614 | 3.00 |
| 07/17 | BUS ONLINE ACH SETTLEMENT | 5,878.78 |
| 07/18 | BUS ONLINE ACH FEE Direct Deposit 72614 | 4.00 |
| 07/23 | DEBIT CARD PURCHASE SQ *EXTREME TRUCK 07-20 Sparks      NV 8270 | 3,000.00 |
| 07/23 | SERVICE CHARGES - PRIOR PERIOD | 2.50 |
| 07/24 | BUS ONLINE ACH SETTLEMENT | 2,814.59 |
| 07/25 | BUS ONLINE ACH SETTLEMENT | 887.80 |
| 07/25 | BUS ONLINE ACH FEE Direct Deposit 72614 | 4.00 |
| 07/25 | ACH CORP DEBIT Insur.Pmt. Premium Assignme PIEDMONT SALES SVC & CUSTOMER ID WEB INS PMT | 4,451.40 |
| 07/26 | DEBIT CARD PURCHASE SQ *EXTREME TRUCK 07-25 Sparks     NV 8270 | 1,250.00 |
| 07/26 | BUS ONLINE ACH FEE Direct Deposit 72614 | 1.00 |
| 07/31 | BUS ONLINE ACH SETTLEMENT | 4,164.10 |
| Total other withdrawals, debits and service charges | | = $30,489.69 |

Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/06 | PSST    HOLLAND TRANSFER PSST PAYROLL  CUSTOMER ID PSST PAYROLL | 13,685.53 |
| 07/12 | PSST    HOLLAND TRANSFER PSST PAYROLL  CUSTOMER ID PSST PAYROLL | 6,343.16 |
| 07/19 | PSST    HOLLAND TRANSFER PSST PAYROLL  CUSTOMER ID PSST PAYROLL | 7,664.52 |
| 07/26 | PSST    HOLLAND TRANSFER PSST PAYROLL  CUSTOMER ID PSST PAYROLL | 10,896.93 |
| Total deposits, credits and interest | | = $38,590.14 |

■ BUSINESS VALUE 2004      8720

Account summary

| | |
|---|---|
| Your previous balance as of 06/29/2018 | $50.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 07/31/2018 | = $50.00 |

Page 3 of 4      07/31/18
NC ▮▮▮▮▮▮▮▮666

## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:
   BB&T Liability Risk Management
   P.O. Box 996
   Wilson, NC 27894-0996
You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

Billing rights summary

In case of errors or questions about your Constant Credit statement

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:
   BankCard Services Division
   P.O. Box 200
   Wilson, NC 27894-0200
We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

Member FDIC

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | Outstanding Deposits and Other Credits (Section B) | | | |
| | | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | | |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | | |

0114168

PAGE 3 OF 4






| mber | Amount | Date Posted | Account Type | Account Number |
|---|---|---|---|---|
| 5439 | $1763.79 | 07/19/2018 | Checking | 8666 |



Piedmont Sales, Service & Transport LLC   K.W
PO Box 7038
Statesville, NC 28687

BB&T
BRANCH BANKING AND TRUST COMPANY
NORTH CAROLINA
66-112/531

5439

July 17, 2018

PAY TO THE ORDER OF   NC DMV   $ 1763.79

One thousand Seven hundred Sixty three DOLLARS & 79/100   DOLLARS

MEMO   ND 1883
Tag Fees for 2001 Pete 79169

AUTHORIZED SIGNATURE

| Number | Amount | Date Posted | Account Type | Account Number |
|---|---|---|---|---|
| 5435 | $1007.56 | 07/26/2018 | Checking | ▓▓▓▓8666 |

**Piedmont Sales, Service & Transport LLC**
PO Box 7038
Statesville, NC 28687

**BB&T**
BRANCH BANKING AND TRUST COMPANY
NORTH CAROLINA
66-112/531

Check # 5435

Date: 7/24/2018

PAY TO THE ORDER OF: Bill E Brown Trucking    $ **1,007.56

One Thousand Seven and 56/100************************************************************ DOLLARS

Bill E Brown Trucking

MEMO: Loads 191213, 191719

AUTHORIZED SIGNATURE

⑈00005435⑈                    ⑈8666⑈

Deposit Only



| mber | Amount | Date Posted | Account Type | Account Number |
|---|---|---|---|---|
| 5442 | $2000.00 | 07/30/2018 | Checking | 8666 |

**Piedmont Sales, Service & Transport LLC**
PO Box 7038
Statesville, NC 28687

5442

BB&T
BRANCH BANKING AND TRUST COMPANY
NORTH CAROLINA
66-112/531

7/24/2018

PAY TO THE ORDER OF  BMO Harris Bank                                    $ **2,000.00

Two Thousand and 00/100******************************************************************************
DOLLARS

BMO Harris Bank
P.O. Box 71951
Chicago, IL 60694

MEMO: Adequate protection payments                    AUTHORIZED SIGNATURE

⑆0000 5442⑆                              ⑈8666⑈

ENDORSE HERE
CREDIT TO WITHIN NAMED PAYEE
LACK OF END GTD BMO Harris Bank N.A.
LOCKBOX ID: 71951   SITE: CHI
DEPOSIT DATE: 07-30-2018
DDA ACCOUNT #: 1824325
BATCH #: 310  SEQ #: 0032

010 002701020 07



| Number | Amount | Date Posted | Account Type | Account Number |
|---|---|---|---|---|
| 5434 | $650.00 | 07/13/2018 | Checking | ████8666 |



Check #5434

Piedmont Sales, Service & Transport LLC
PO Box 7038
Statesville, NC 28687

BB&T
BRANCH BANKING AND TRUST COMPANY
NORTH CAROLINA
66-112/531

7/12/2018

PAY TO THE ORDER OF    McElwee Law Firm        $ **650.00

Six Hundred Fifty and 00/100************************************************************************** DOLLARS

McElwee Law Firm
906 Main Street
North Wilkesboro NC 28659

MEMO  Quarterly fees

AUTHORIZED SIGNATURE

⑆000005434⑆ ████████████ ⑈8666⑈

ELECTRONICALLY PRESENTED Seq: 14 07/13/18 Dep:000500

First Citizens Bank
For Deposit Only
account#5261035773